IN THE

*UNITED STATES SUPREME COURT DISTRICT OF COLUMBIA*
**KENDRICK TYRON PERRY, SR., ET AL,**
Petitioner,
v.
**FINANCIAL EDUCATION SERVICES, LLC**
Full Sail University LLC
Los Angeles Film School, LLC
**CAPE CORAL TECH, LLC**
Respondents,

PETITION FOR *"DECLARATION OF CLAIM"*

KENDRICK TYRON PERRY, SR., ET AL
PETITIONER/PRO SE
Respectfully submitted,
KENDRICK TYRON PERRY, SR., ET AL
2640 E LEAGUE CITY PARKWAY STE-104 BOX-106
LEAGURE CITY, TEXAS 77573
KENDRICKPERRY90@GMAIL.COM
FAX: 281-754-4552

# TABLE OF CONTENTS

## I. BACKGROUND

## II. LEGAL CLAIMS

   A. Antitrust Violations

   B. Misappropriation

   C. Restraint of Trade

   D. Identity Theft

   E. Fraudulent Misrepresentation of Material Facts

   F. Willful and Knowingly Violations of Title 15 USC 1611 and TILA

## III. MEMORANDUM OF LAW

## IV. PROPOSED ORDER

## V. CERTIFICATE OF SERVICE

# UNITED STATES SUPREME COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| KENDRICK TYRON PERRY, SR., ET AL, PLAINTIFF, § § | |
| V. § | |
| FINANCIAL EDUCATION SERVICES, LLC § | CASE: |
| Full Sail University LLC § | "DECLARATION OF CLAIM" |
| Los Angeles Film School, LLC § | |
| CAPE CORAL TECH, LLC § | |

Plaintiff Kendrick Tyron Perry, Sr., et al, by and through their undersigned, bring this affirmative claim lawsuit against defendants Ed financial Services, Full sail University, Cape Coral Technical College, and The Los Angeles Film School (hereinafter referred to as "Defendants") for antitrust violations, misappropriation of trust funds, restraint of trade, identity theft, fraudulent misrepresentation of material facts, and violations of Title 15 USC 1611 and the Truth in Lending Act (TILA).

I. BACKGROUND

Plaintiff Kendrick Tyron Perry, Sr., enrolled in defendants with the intent of pursuing a degree in film digital art, and video production. At the time of enrollment, Defendant Ed financial Services acted as the primary loan servicer for Plaintiff's student loans. In order to finance his education, Plaintiff was required to take out multiple loans through Defendant Ed financial Services, totaling

# UNITED STATES SUPREME COURT
# DISTRICT OF COLUMBIA

over or under about $100,000. These loans were made on the condition that they would be used solely for educational purposes and would be repaid upon completion of Plaintiff's degree.

However, upon graduating from defendants, Plaintiff discovered that the education provided by Full sail University was inadequate and did not prepare him for a career in film and video production. Furthermore, Plaintiff discovered that his student loans had been misappropriated by Defendants to pay for non-educational expenses, such as luxury trips and unnecessary administrative fees. Plaintiff also discovered that the interest rates on his loans, which were originally promised to be fixed, had been increased without his knowledge or consent.

Plaintiff soon learned that he was not alone in his experiences with Defendants. Many other students, including Plaintiff named in this lawsuit, enrolled in the same programs at Full sail University and other institutions, and were subjected to similar deceptive practices and financial harm.

## II. LEGAL CLAIMS

### A. Antitrust Violations

Defendants have engaged in anticompetitive behavior by creating a monopoly in the film and video production education market. By entering into agreements with each other and other institutions, Defendants have restrained trade and have limited the options available to students seeking education in this field. This has resulted in inflated prices for education and has deprived students of the benefits of a competitive market.

### B. Misappropriation of Trust Funds

# UNITED STATES SUPREME COURT
# DISTRICT OF COLUMBIA

Plaintiffs trusted Defendants to use their student loan funds for educational purposes only. However, Defendants have violated this trust by using these funds for non-educational purposes, such as lavish trips and excessive fees. This misappropriation of trust funds is a violation of Plaintiffs' rights and has caused financial harm to Plaintiffs.

C. Restraint of Trade

Through their agreements and actions, Defendants have restrained trade and have limited competition in the market for film and video production education. This has resulted in a lack of choices for students and has artificially inflated the cost of education. Defendants' actions are in violation of antitrust laws and have caused harm to Plaintiffs.

D. Identity Theft

Defendants have obtained personal information from Plaintiffs, including social security numbers and financial information, without proper authorization. This constitutes identity theft and is a violation of federal and state laws. Defendants' actions have caused harm to Plaintiffs and have put their personal information at risk.

E. Fraudulent Misrepresentation of Material Facts

Defendants made false and misleading statements regarding the quality and value of the education provided by their institutions. These statements were material to Plaintiffs' decision to enroll and were made with the intent to deceive and induce Plaintiffs into enrolling and taking out loans. As a result, Plaintiffs have suffered financial harm and have not received the promised education.

# UNITED STATES SUPREME COURT
# DISTRICT OF COLUMBIA

F. Willful and Knowingly Violations of Title 15 USC 1611 and TILA

Defendants have willfully and knowingly made false and deceptive representations to Plaintiffs regarding their student loans. This is a violation of Title 15 USC 1611, which prohibits deceptive acts in connection with consumer credit transactions. Additionally, Defendants have violated TILA by failing to disclose the true costs and terms of Plaintiffs' loans, including the increase of interest rates without proper notification.

## III. MEMORANDUM OF LAW

Defendants' actions have violated various federal and state laws, including antitrust laws, trust laws, identity theft laws, and consumer protection laws. Defendants' actions have also caused harm to Plaintiffs, including financial harm and a lack of adequate education. It is the duty of this Court to protect consumers from such harmful and deceptive practices.

## IV. PROPOSED ORDER

Plaintiffs respectfully request that this honorable Court grant judgment in favor of Plaintiffs and against Defendants for all relief deemed just and proper, including but not limited to:

1. Damages for financial harm caused by Defendants' deceptive practices and misappropriation of trust funds;

2. Injunctive relief to prevent Defendants from engaging in anticompetitive behavior and deceptive practices in the future;

3. Restitution of any improperly collected funds;

# UNITED STATES SUPREME COURT
# DISTRICT OF COLUMBIA

4. Appointment of an independent auditor to review Defendants' use of student loan funds; and

5. Any other relief this honorable Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record through HAND DELIVERED filing on this 26th day of Feb, 2024.

Respectfully submitted,
KENDRICK TYRON PERRY SR
2640 E LEAGUE CITY PARKWAY STE-104 BOX-106
LEAGURE CITY, TEXAS 77573
KENDRICKPERRY90@GMAIL.COM
FAX: 281-754-4552

TEXAS NOTARY ACKNOWLEDGEMENT

Form for Ordinary Certificate of Acknowledgment

State of Texas

County of __GALVESTON__

Before me, __KATE NORTHROP__ (insert the name and character of the officer), on this day personally appeared __KENDRICK PERRY__, known to me (or proved to me on the oath of __———__ or through __DRIVERS LICENSE__ (description of identity card or other document)) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __26th__ day of __FEBRUARY__ 20 __24__.



(Personalized Seal)

KATE NORTHROP
Notary ID #134489409
My Commission Expires
August 2, 2027

Notary Public's Signature