🔒 portal.consumerfinance.gov

PERRY (75 Times) EXHIBIT 3:24-CV-21

V

ALL CASES

3: 24-CV-35
3: 24-mc-6
3: 24-mc-4
3·24·mc·11

Start a new comp

| PRODUCT AND ISSUE | | | CONSUMER-IDENTIFIED COMPANY | SUBMITTED | STATUS |
|---|---|---|---|---|---|
| Telecommunications debt Took or threatened to take negative or legal action | 1 | 1 | AT&T INC. | 02/11/2024 | Closed Sent to Regulator FTC |
| Other banking product or service Closing an account | | | AMAZON.COM, INC. | 02/04/2024 | Closed Sent to Regulator FTC |
| Credit reporting Improper use of your report | 2 | 1 | TRANS UNION LLC | 02/03/2024 | Open Company response is in progress as of 2/4/2024 |
| Credit reporting Improper use of your report | 3 | 1 | Experian Legal Department | 02/03/2024 | Open Company response is in progress as of 2/16/2024 |
| Credit reporting Improper use of your report | 4 | 1 | RADIUS GLOBAL SOLUTIONS LLC | 02/03/2024 | Closed Feedback provided |
| Credit reporting Improper use of your report | 5 | 1 | LexisNexis Risk Solutions | 02/02/2024 | Closed Company responded |
| Credit reporting Improper use of your report | 6 | 1 | experian consumer fraud division | 02/02/2024 | Open Company response is in progress as of 2/15/2024 |
| Credit reporting Improper use of your report | 7 | 1 | TRANS AMERICAN CONSUMER SERVICES | 02/02/2024 | Closed Sent to Regulator FTC |
| Credit reporting Improper use of your report | 8 | 1 | Transunion credit reporting agency | 02/01/2024 | Open Company response is in progress as of 2/2/2024 |
| Credit reporting | 9 | 1 | EXPERIAN Credit reporting | 02/01/2024 | Open |

| | | | | |
|---|---|---|---|---|
| Credit reporting - Improper use of your report | 10 | Equifax Credit Bureau | 02/01/2024 | Open Company response is in progress as of 2/1/2024 |
| Credit reporting - Improper use of your report | 11 | Ed Financial Services | 02/01/2024 | Open Company response is in progress as of 2/15/2024 |
| Credit reporting - Incorrect information on your report | 12 | LexisNexis Risk Solutions | 01/25/2024 | Closed Company responded |
| Credit reporting - Incorrect information on your report | 13 | Experian Information Solutions Inc. | 01/25/2024 | Open Company response is in progress as of 2/6/2024 |
| Credit reporting - Incorrect information on your report | 14 | Transunion ( Fraud Victim Assistance Department) | 01/25/2024 | Open Company response is in progress as of 1/26/2024 |
| Credit reporting - Improper use of your report | 15 | JPMORGAN CHASE & CO. | 01/25/2024 | Closed Company responded |
| Credit reporting - Improper use of your report | 16 | SYNCB/AMAZON | 01/25/2024 | Closed Feedback provided |
| Credit reporting - Improper use of your report | 17 | EXPERIAN LEGAL | 01/25/2024 | Open Company response is in progress as of 2/8/2024 |
| Credit reporting - Improper use of your report | 18 | Cascade Capital Funding, LLC | 01/25/2024 | Closed Feedback provided |
| General-purpose credit card or charge card - Advertising and marketing, including promotional offers | 19 | Synchrony Bank Care Credit | 01/23/2024 | Closed Company responded |
| General-purpose credit card or charge card - Advertising and marketing, including promotional offers | 20 | CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION | 01/23/2024 | Closed Marked as a duplicate complaint on 2/6/2024 |
| Credit reporting | | TRANSUNION LLC Consumer | 01/22/2024 | Open |

| PRODUCT AND ISSUE | CONSUMER-IDENTIFIED COMPANY | SUBMITTED ▼ | STATUS |
|---|---|---|---|
| Other personal consumer report — Incorrect information on your report | 21 CLARITY SERVICES | 01/20/2024 | Closed — Feedback provided |
| Credit reporting — Problem with a company's investigation into an existing problem | 22 TransUnion Legal Department | 01/20/2024 | Open — Company response is in progress as of 1/21/2024 |
| General-purpose credit card or charge card — Advertising and marketing, including promotional offers | 23 CAPITAL ONE CARD SERVICES | 01/19/2024 | Closed — Marked as a duplicate complaint on 2/6/2024 |
| General-purpose credit card or charge card — Advertising and marketing, including promotional offers | 24 CAPITAL ONE FINANCIAL CORPORATION | 01/19/2024 | Closed — Company responded |
| Other personal consumer report — Incorrect information on your report | 25 LexisNexis Risk Solutions | 01/19/2024 | Closed — Company responded |
| Credit reporting — Improper use of your report | 26 Texas attorney general child support | 01/13/2024 | Closed — Contact another agency |
| Credit reporting — Improper use of your report | 27 SPEEDY CASH | 01/13/2024 | Closed — Marked as a duplicate complaint on 1/26/2024 |
| General-purpose credit card or charge card — Getting a credit card | 28 JPMorgan Chase Bank, N.A. | 01/03/2024 | Closed — Company responded |
| Credit reporting — Improper use of your report | 29 SPEEDY CASH | 01/02/2024 | Closed — Marked as a duplicate complaint on 1/10/2024 |
| General-purpose credit card or charge card — Problem with a purchase shown on your statement | 30 AT&T INC. | 12/29/2023 | Closed — Sent to Regulator FTC |

| Product / Issue | # | Company | Date | Status |
|---|---|---|---|---|
| General-purpose credit card or charge card / Getting a credit card | 31 | JPMorgan Chase Bank, N.A. | 01/03/2024 | Closed - Company responded |
| Credit reporting / Improper use of your report | 32 | SPEEDY CASH | 01/02/2024 | Closed - Marked as a duplicate complaint on 1/10/2024 |
| General-purpose credit card or charge card / Problem with a purchase shown on your statement | 33 | AT&T INC. | 12/29/2023 | Closed - Sent to Regulator FTC |
| Medical debt / Attempts to collect debt not owed | 34 | Lehigh physicians services | 12/28/2023 | Closed - Sent to Regulator FTC |
| Medical debt / Attempts to collect debt not owed | 35 | ABILITY RECOVERY SERVICES, LLC | 12/28/2023 | Closed - Feedback provided |
| Telecommunications debt / Attempts to collect debt not owed | 36 | New Cingular Wireless pcs llc | 12/26/2023 | Closed - Sent to Regulator FTC |
| Telecommunications debt / Attempts to collect debt not owed | 37 | AT&T INC. | 12/26/2023 | Closed - Sent to Regulator FTC |
| Other personal consumer report / Improper use of your report | 38 | Lexis Nexis | 12/25/2023 | Closed - Company responded |
| Credit reporting / Improper use of your report | 39 | EXPERIANHLTH | 12/24/2023 | Open - Company response is in progress as of 1/17/2024 |
| Credit reporting / Improper use of your report | 40 | EXPERIAN | 12/24/2023 | Closed - Feedback provided |
| Credit reporting / Improper use of your report | 41 | ECS/ MCE WEB AUTHENTICATE | 12/24/2023 | Closed - Sent to Regulator FTC |
| Credit reporting / Improper use of your report | 42 | CREDIT KARMA, INC. | 12/24/2023 | Closed - Feedback provided |
| Credit reporting / Improper use of your report | 43 | CLARITY SERVICES INC | 12/24/2023 | Closed - Feedback provided |

🔒 portal.consumerfinance.gov

| | | | | |
|---|---|---|---|---|
| Credit reporting<br>Improper use of your report | 45 | EXPERIANHLTH | 12/24/2023 | **Open**<br>Company response is in progress as of 1/17/2024 |
| Credit reporting<br>Improper use of your report | 46 | EXPERIAN | 12/24/2023 | **Closed**<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 47 | ECS/ MCE WEB AUTHENTICATE | 12/24/2023 | **Closed**<br>Sent to Regulator FTC |
| Credit reporting<br>Improper use of your report | 48 | CREDIT KARMA, INC. | 12/24/2023 | **Closed**<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 49 | CLARITY SERVICES INC | 12/24/2023 | **Closed**<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 50 | Chime Financial Inc | 12/24/2023 | **Closed**<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 51 | SPEEDY CASH | 12/24/2023 | **Closed**<br>Feedback provided |
| Medical debt<br>Attempts to collect debt not owed | 52 | Barrier reef emergency physicians pllc | 12/23/2023 | **Closed**<br>Sent to Regulator FTC |
| Medical debt<br>Attempts to collect debt not owed | 53 | RADIUS GLOBAL SOLUTIONS LLC | 12/23/2023 | **Closed**<br>Company responded |
| General-purpose credit card or charge card<br>Getting a credit card | 54 | JP Morgan Chase | 12/20/2023 | **Closed**<br>Feedback provided |

Page [ 2 ] of 3  Go          Next ▶

to see guides for financial decisions, answers to common
ore.

🔒 portal.consumerfinance.gov

| PRODUCT AND ISSUE | | CONSUMER-IDENTIFIED COMPANY | SUBMITTED ▼ | STATUS |
|---|---|---|---|---|
| Credit reporting<br>Improper use of your report | 55 | TransUnion Legal Department | 12/17/2023 | **Closed**<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 56 | SageStream LLC | 12/17/2023 | **Closed**<br>Company responded |
| Credit reporting<br>Improper use of your report | 57 | Equifax Legal Department | 12/17/2023 | **Closed**<br>Feedback provided |
| Medical debt<br>Attempts to collect debt not owed | 58 | Experian Information Solutions Inc. | 12/17/2023 | **Closed**<br>Company responded |
| Credit reporting<br>Improper use of your report | 59 | TransUnion | 12/15/2023 | **Closed**<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 60 | EXPERIAN | 12/15/2023 | **Closed**<br>Company responded |
| Credit reporting<br>Improper use of your report | 61 | EQUIFAX | 12/15/2023 | **Closed**<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 62 | SPEEDY CASH | 12/15/2023 | **Closed**<br>Feedback provided |
| Medical debt<br>False statements or representation | 63 | Lehigh physician services llc | 12/11/2023 | **Closed**<br>Sent to Regulator FTC |
| Medical debt<br>False statements or representation | 64 | Lockhart Morris & Montgomery, Inc. | 12/11/2023 | **Closed**<br>Company responded |
| Federal student loan<br>Improper use of your report | 65 | Edfinancial Services, LLC | 12/11/2023 | **Open**<br>Company response is in progress as of 12/21/2023 |
| Credit reporting<br>Improper use of your report | 66 | EQUIFAX | 12/11/2023 | **Closed**<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 67 | EXPERIAN | 12/11/2023 | **Closed**<br>Company responded |
| Credit reporting | 68 | TRANS UNION LLC | 12/11/2023 | **Closed** |

🔒 portal.consumerfinance.gov

| Complaint | # | Company | Date | Status |
|---|---|---|---|---|
| Medical debt<br>False statements or representation | 69 | Lehigh physician services llc | 12/11/2023 | Closed<br>Sent to Regulator FTC |
| Medical debt<br>False statements or representation | 70 | Lockhart Morris & Montgomery, Inc. | 12/11/2023 | Closed<br>Company responded |
| Federal student loan<br>Improper use of your report | 71 | Edfinancial Services, LLC | 12/11/2023 | Open<br>Company response is in progress as of 12/21/2023 |
| Credit reporting<br>Improper use of your report | 72 | EQUIFAX | 12/11/2023 | Closed<br>Feedback provided |
| Credit reporting<br>Improper use of your report | 73 | EXPERIAN | 12/11/2023 | Closed<br>Company responded |
| Credit reporting<br>Improper use of your report | 74 | TRANS UNION LLC | 12/11/2023 | Closed<br>Feedback provided |
| Checking account<br>Problem with a lender or other company charging your account | 75 | Amazon Payments, Inc. | 12/08/2023 | Closed<br>Sent to Regulator FTC |

Page [ 3 ] of 3  Go                                                                 Next | >

ɔ see guides for financial decisions, answers to common
ɔre.

Have a question? ¿Preguntas?
(855) 411-2372
TTY/TTD: (855) 729-2372